| AO·10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Norton, David C. | 2. Court or Organization U.S. District Court | 3. Date of Report 05/13/2011 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address P.O. Box 835 Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Co-Trustee | Trust (Trust #1) |
| 2. Trustee | Article 5 Trust |
| 3. Trustee | Article 6 Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2011 MAY 18 A 10:00 FINANCIAL DISCLOSURE OFFICE

Norton, David C.

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Charleston School of Law | $24,780 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Fulton County Medical Examiner, Atlanta, GA. - Salary |
| 2. 2010 | WebMD - Editorial Stipend |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | L | T | | | | | |
| 3. Alcatel-Lucent ADR | | None | | | Sold | 11/30/10 | J | A | |
| 4. Alcoa Inc | A | Dividend | J | T | Sold (part) | 11/30/10 | J | A | |
| 5. Allianz Life Franklin Valuemark | A | Dividend | L | T | | | | | |
| 6. Altria Group | A | Dividend | J | T | | | | | |
| 7. American Express Co | A | Dividend | J | T | | | | | |
| 8. American Intl Group Inc | | None | | | Sold | 11/30/10 | J | A | |
| 9. American Intl Group Inc | | None | | | Sold | 11/30/10 | J | A | |
| 10. Ameriprise Financial Inc | | None | | | Sold | 11/30/10 | J | A | |
| 11. Amgen Inc | | None | J | T | | | | | |
| 12. AOL Inc | | None | | | Sold | 11/30/10 | J | A | |
| 13. AT&T Inc | A | Dividend | J | T | | | | | |
| 14. AT&T Inc | A | Dividend | J | T | | | | | |
| 15. AT&T Inc | A | Dividend | J | T | | | | | |
| 16. Bank of America | A | Dividend | K | T | | | | | |
| 17. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501- $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns BI and D4)          F =$50,001 - $100,000          G =$100,001 - $1,000,000          H1 =$1,000,001 - $5,000,000          H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)          N =$250,001 - $500,000          O =$500,001 - $1,000,000          P1 =$1,000,001 - $5,000,000          P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal          R =Cost (Real Estate Only)          S =Assessment          T =Cash Market
   (See Column C2)          U =Book Value          V =Other          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 19. BP PLC Spons ADR | A | Dividend | K | T | | | | | |
| 20. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 21. Capital World Growth and Income Fd CL A | A | Dividend | K | T | | | | | |
| 22. Capital World Growth and Income Fd CL A | A | Dividend | K | T | | | | | |
| 23. Capital World Growth and Income Fd CL A | A | Dividend | K | T | | | | | |
| 24. Capital World Growth and Income Fund CL A | A | Dividend | J | T | Buy | 03/03/10 | J | | |
| 25. Chevron Corp | B | Dividend | K | T | | | | | |
| 26. Chevron Corp | A | Dividend | K | T | | | | | |
| 27. Chevron Corp | A | Dividend | K | T | | | | | |
| 28. Cisco Sys Inc | | None | J | T | | | | | |
| 29. Citadel Broadcasting Corp | | None | | | Sold | 07/01/10 | J | A | |
| 30. Citadel Broadcasting Corp | | None | | | Sold | 07/10/10 | J | A | |
| 31. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 32. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 33. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 34. Citigroup Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Coca-Cola Co | A | Dividend | J | T | | | | | |
| 36. Comcast Corp CL A | A | Dividend | J | T | | | | | |
| 37. Comcast Corp CL A | A | Dividend | J | T | | | | | |
| 38. CSX Corp | A | Dividend | K | T | | | | | |
| 39. Dell Inc | | None | J | T | | | | | |
| 40. Walt Disney Co | A | Dividend | J | T | | | | | |
| 41. Walt Disney Co | A | Dividend | J | T | | | | | |
| 42. Walt Disney Co | A | Dividend | J | T | | | | | |
| 43. Dover | A | Dividend | K | T | | | | | |
| 44. Dow Chemical | A | Dividend | J | T | | | | | |
| 45. Dow Chemical | A | Dividend | J | T | | | | | |
| 46. E I Dopont Co | A | Dividend | K | T | | | | | |
| 47. Eaton Vance Tax Free Fund CL A | D | Interest | N | T | | | | | |
| 48. Eaton Vance Tax Free Fund CL B | A | Dividend | | | Merged (with line 47) | | K | | |
| 49. Eli Lilly & Co | B | Dividend | K | T | | | | | |
| 50. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 51. Emerson Electric | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Energy Transfer Partners LP | | None | K | T | | | | | |
| 53. Energy Transfer Partners LP | | None | K | T | | | | | |
| 54. Expedia Inc | A | Dividend | | | Sold | 11/30/10 | J | A | |
| 55. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 56. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 57. Fairpoint Communications Inc | | None | | | Sold | 11/30/10 | J | A | |
| 58. Fairpoint Communications Inc | | None | | | Sold | 11/30/10 | J | A | |
| 59. Federal Home Ln Mtg Corp | | None | | | Sold | 11/30/10 | J | A | |
| 60. Federal National Mortgage Assn | | None | | | Sold | 11/30/10 | J | A | |
| 61. First Federal of Charleston | C | Interest | O | T | | | | | |
| 62. First Financial Holdings Inc | C | Dividend | M | T | | | | | |
| 63. First Financial Holdings Inc | A | Dividend | K | T | | | | | |
| 64. General Electric Co | A | Dividend | K | T | | | | | |
| 65. General Electric Co | A | Dividend | J | T | | | | | |
| 66. General Electric Co | B | Dividend | K | T | | | | | |
| 67. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 68. Growth Fund of America CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 70. Growth Fund of America CL A | A | Dividend | J | T | Buy | 03/03/10 | J | | |
| 71. Guided Therapuetics Inc | | None | J | T | | | | | |
| 72. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 73. Hartford Capital Appreciation Fund (IRA) | A | Dividend | M | T | | | | | |
| 74. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 75. Home Depot Inc | A | Dividend | K | T | | | | | |
| 76. Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 77. HSN Inc | | None | | | Sold | 11/30/10 | J | A | |
| 78. IAC/Interactive Corp | | None | | | Sold | 11/30/10 | J | A | |
| 79. IBM | B | Dividend | L | T | | | | | |
| 80. Idearc Inc | | None | | | Sold | 01/28/10 | J | A | |
| 81. Idearc Inc | | None | | | Sold | 01/28/10 | J | A | |
| 82. Intel (IRA) | A | Dividend | K | T | | | | | |
| 83. Intel | A | Dividend | J | T | | | | | |
| 84. Interval Leisure Group Inc | | None | | | Sold | 11/30/10 | J | A | |
| 85. Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Kimberly Clark | A | Dividend | J | T | | | | | |
| 87. Kraft Foods Inc CL A | A | Dividend | J | T | | | | | |
| 88. Legg Mason Partners Aggressive Growth FD CL C | | None | J | T | | | | | |
| 89. Legg Mason Value Trust Inc | A | Dividend | K | T | | | | | |
| 90. Lincoln National Corp | A | Dividend | J | T | | | | | |
| 91. Linciln National Life Annuity (IRA) | A | Dividend | O | T | | | | | |
| 92. LSI Logic Corp | | None | | | Sold | 11/30/10 | J | A | |
| 93. MFS South Carolina Muni Bond CL A | A | Interest | K | T | | | | | |
| 94. MFS South Carolina Muni Bond CL B | A | Interest | K | T | | | | | |
| 95. Mass Mutual Life Ins | | None | J | T | | | | | |
| 96. McDonalds Corp | A | Dividend | K | T | | | | | |
| 97. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 98. Metlife Life & Ann Co of Conn TLAC Port Arch | A | Dividend | M | T | | | | | |
| 99. Metlife Life & Ann Co of Conn TLAC Marquis Portfolio | A | Dividend | N | T | | | | | |
| 100. Microsoft Corp | A | Dividend | J | T | | | | | |
| 101. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 102. Motorola | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Motors Liquidation Co. | | None | J | T | Sold (part) | 11/30/10 | J | A | |
| 104. 3M Company A | A | Dividend | K | T | | | | | |
| 105. NCR Corp New | | None | | | Sold | 11/30/10 | J | A | |
| 106. Nokia Corp | A | Dividend | J | T | | | | | |
| 107. Norfolok Southern | B | Dividend | L | T | | | | | |
| 108. North Carolina Rental Property 100% Transylvania County, NC | B | Rent | P1 | W | | | | | |
| 109. Paragon Life Fixed Fund | | None | J | T | | | | | |
| 110. Pepsico Inc | A | Dividend | J | T | | | | | |
| 111. Pfizer Inc | A | Dividend | J | T | | | | | |
| 112. Pfizer Inc | A | Dividend | J | T | | | | | |
| 113. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 114. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 115. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 116. Progress Energy | A | Dividend | J | T | | | | | |
| 117. Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | M | T | | | | | |
| 118. Safeway Inc New | A | Dividend | J | T | | | | | |
| 119. SCANA Corp | B | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. SCBT | B | Dividend | K | T | | | | | |
| 121. Smucker Co New | A | Dividend | | | Sold | 11/30/10 | J | A | |
| 122. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 123. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 124. South Financial Group (IRA) | C | Dividend | J | T | | | | | |
| 125. Suntrust Banks Inc | A | Dividend | L | T | | | | | |
| 126. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 127. Teradata Corp | | None | | | Sold | 11/30/10 | J | A | |
| 128. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 129. Time Warner Inc | A | Dividend | J | T | | | | | |
| 130. Total system Services Inc | A | Dividend | J | T | | | | | |
| 131. Travelers Companies Inc | A | Dividend | J | T | | | | | |
| 132. Tree Com Inc | | None | | | Sold | 11/30/10 | J | A | |
| 133. UTS FPT Dow Target 10 Feb 09 (IRA) | A | Dividend | K | T | | | | | |
| 134. Verizon | A | Dividend | J | T | | | | | |
| 135. Verizon | A | Dividend | J | T | | | | | |
| 136. Washington Mutual Inc | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Washington Mutual Investors Fund Cl A | B | Dividend | K | T | | | | | |
| 138. Washington Mutual Investors Fund Cl A | B | Dividend | L | T | | | | | |
| 139. Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 140. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 141. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 142. Zimmer Holdings Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII. Investments and Trusts

1. The rental property listed in Part VII, line 106 is located in Translyvania County, North Carolina, USA.

2. Line 130, Total Systems Services Inc was erroneously omitted from 2009 report.

3. Line 48, Eaton Vance Tax Free Fund CL B merged with Eaton Vance Tax Free Fund CL A per broker, unable to determine date of merger.

4. Line 97 of 2009 report converted to lincoln National Life Annuity per broker, unable to determine date of conversion.

5. Article 5 Trust consist of lines 15, 23, 25, 34, 38, 46, 49, 52, 56, 63, 66, 69, 79, 102, 107 and 140.

6. Article 6 Trust consist of lines 6, 7, 11, 14, 16, 17, 18, 21, 27, 28, 32, 37, 39, 40, 45, 47, 55, 65, 67, 72, 74, 75, 76, 83, 85, 86, 87, 93, 94, 96, 97, 100, 101, 106, 110, 111, 114, 116, 118,

   128, 129, 131, 135, 136, and 138.

7. Trust # 1 consist of: 

| | | |
|---|---|---|
| Royal Dutch Shell | value L | |
| Allegheny Energy | value K | |
| Idearc | value J | |
| Eli Lily | value K | |
| Pepco Holdings Inc | value J | |
| Lain Farm | value cost R | Annual Rental Income E |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. §



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F ... CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544